**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 3:17-CR-00298-6-RDM |
| | : | |
| CARLOS SANTURTAN-TERAN | : | |

**MOTION TO DISMISS**

AND NOW, this 10th day of February, 2020, comes Defendant, Carlos Santurtan-Teran, by and through his counsel, Matthew T. Comerford, Esquire, who moves for the dismissal of the Indictment (Doc. 1) due to lack of venue. In the alternative, should the Court determine that dismissal is not warranted, Defendant moves for venue to be transferred pursuant to Fed. R. Crim. P. 21(b).

Respectfully Submitted,

*/s/ Matthew T. Comerford*
_____
Matthew T. Comerford, Esq.
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 3:17-CR-00298-6-RDM |
| | : | |
| CARLOS SANTURTAN-TERAN | : | |

### CERTIFICATE OF CONCURRENCE

This 10th day of February, 2020, I, Matthew T. Comerford, Esq., hereby certify that, I received non-concurrence via telephone in the instant motion from AUSA Todd Hinkley.

Respectfully Submitted:

*/s/ Matthew T. Comerford*
_____
Matthew T. Comerford, Esq.

### CERTIFICATE OF SERVICE

This 10th day of February, 2020, I, Matthew T. Comerford, Esq., hereby certify that I served AUSA Todd Hinkley with the foregoing via ECF.

Respectfully Submitted:

*/s/ Matthew T. Comerford*
_____
Matthew T. Comerford, Esq.

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | 3:17-CR-00298-6-RDM |
| | : | |
| CARLOS SANTURTAN-TERAN | : | |

## ORDER

AND NOW, this _____ day of _____ 2020, it is hereby ordered that Defendant's Motion to Dismiss is granted. The Indictment (Doc. 1) against Defendant is hereby dismissed.

_____
Mariani, J.