UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:17-CR-298 |
| | : (JUDGE MARIANI) |
| CARLOS SANTURTAN-TERAN | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 16th DAY OF MARCH, 2021, IT IS HEREBY ORDERED THAT:

1. The hearing scheduled to be held on Defendant Carlos Santurtan-Teran's Motion to Dismiss (Doc. 364) on March 18, 2021, is **RESCHEDULED** and shall now be held on **Wednesday, March 24, 2021 at 11:00 a.m.** in the William J. Nealon Federal Building, Scranton, Pa. in a courtroom to be designated by the Clerk of Court.

2. The "Motion for Defendant's Attendance at Motion to Dismiss Hearing Via Zoom" (Doc. 423) is **GRANTED**. Defendant's counsel shall contact this Court's Courtroom Deputy to make all necessary arrangements to ensure Defendant's participation by videoconference.

Robert D. Mariani
United States District Judge