## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :

                                    : CRIMINAL NO. 3:17-CR-298

                                    : (JUDGE MARIANI)

          v.                         :

                                    :

CARLOS SANTURTAN-TERAN,      :

                                    :

      Defendant                :

## ORDER

AND NOW, THIS _9th_ DAY OF JUNE 2021, upon consideration of

Defendant's Motion to Dismiss (Doc. 364) and all relevant documents, for the reasons set

forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the

Motion to Dismiss (Doc. 364) is **DENIED**.

 

Robert D. Mariani
United States District Judge